NOD
Rev. 02/09

# United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**William M. Knooihuizen**
 2422 Byron Place
Carlsbad, CA 92008
xxx–xx–2325
*Debtor: No Known Aliases*

Case number: 10–13351–PB7
Chapter: 7
Judge Peter W. Bowie

**Notice of Entry of Order Dismissing Case and Vacating All Automatic Stays and Injunctions**

To the Creditors of the above–named Debtor(s) and Other Parties in interest:

Notice is hereby given that the Chapter 7 case for the above–named **Debtor Only (William M. Knooihuizen)** has been dismissed and all existing automatic stays related to this case are of no further force or effect.

Dated: 8/23/10

By order of the court:
Barry K. Lander
Clerk of the Bankruptcy Court

**********
**FILED**
8/23/10
**********